STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
FRANK GALLO, PLAINTIFF IN ERROR.

Submitted May 29, 1942—Decided September 18, 1942.

For the plaintiff in error, *Edmund A. Hayes.*

For the defendant in error, *John H. Beekman, Jr.,* and
*Joseph Halpern.*

PER CURIAM.

The judgment under review is affirmed, for the reasons
expressed in the opinion of Chief Justice Brogan for the
Supreme Court.

Plaintiff in error argues that the conclusion of the Supreme
Court, as stated in its opinion, that *Exhibit S*-16 was received
in evidence without objection is not supported by the record.
The record is not clear, but we conclude that the exhibit was
received over the objection of counsel for the plaintiff in
error and that exception to its admission was recorded. How-
ever, the reasoning of the opinion as to *Exhibit S*-14 applies
equally to *Exhibit S*-16, and we think there was no error in
the trial court's ruling.

The judgment under review is affirmed.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE,
DONGES, PERSKIE, PORTER, DEAR, WELLS, HAGUE, THOMP-
SON, JJ. 10.

*For reversal*—COLIE, J. 1.